Matter of Epps v Williams (2023 NY Slip Op 02237)

Matter of Epps v Williams

2023 NY Slip Op 02237

Decided on April 28, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on April 28, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., PERADOTTO, CURRAN, OGDEN, AND GREENWOOD, JJ.

349 CAF 22-01862

[*1]IN THE MATTER OF SHAWN M. EPPS, PETITIONER-APPELLANT,
v
ERICA D. WILLIAMS, RESPONDENT-RESPONDENT. (APPEAL NO. 2.) 

CHARLES J. GREENBERG, AMHERST, FOR PETITIONER-APPELLANT.
DAVID J. PAJAK, ALDEN, FOR RESPONDENT-RESPONDENT. 
MARY ANNE CONNELL, BUFFALO, ATTORNEY FOR THE CHILD. 

 Appeal from an order of the Family Court, Erie County (Brenda M. Freedman, J.), entered December 5, 2019 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs (see Matter of Jaime D. [Jacquelina D.], 170 AD3d 1584, 1585 [4th Dept 2019]).
Entered: April 28, 2023
Ann Dillon Flynn
Clerk of the Court